**Order entered July 11, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-18-00175-CV

### TOP CAT READY MIX, LLC, Appellant

### V.

### ALLIANCE TRUCKING, L.P. AND TXI OPERATIONS, LP D/B/A MARTIN MARIETTA, Appellees

**On Appeal from the 191st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-15-07419**

## ORDER

Before the Court is appellee Alliance Trucking, L.P.'s unopposed motion for leave to file an amended brief that corrects citation and other minor errors. We **GRANT** the motion and **ORDER** the brief received by the Clerk of the Court July 11, 2018 filed as of the date of this order.

/s/    DAVID EVANS
         JUSTICE